IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 21-cv-03064-RM-NRN

STEVEN NORTHINGTON,

    Plaintiff,

v.

AIMEE TUTTOILMONDO, in her official capacity as Unit Manager at Florence ADMAX,

    Defendant.

## ORDER

Before the Court is the Recommendation of United States Magistrate Judge N. Reid Neureiter (ECF No. 27) to grant Defendant's Motion to Dismiss (ECF No. 15). The Recommendation advised that specific written objections were due within fourteen days after being served a copy of the Recommendation. More than fourteen days have elapsed since the Recommendation was issued, and no objection has been filed.

"In the absence of a timely objection, the district court may review a magistrate judge's report under any standard it deems appropriate." *Summers v. Utah*, 927 F.3d 1165, 1167 (10th Cir. 1991).

Construing Plaintiff's pro se pleadings liberally, the magistrate judge determined that his claim brought under 42 U.S.C. § 1983 was barred by sovereign immunity and that he failed to state claim for violation of his rights under the Fifth and Fourteenth Amendments. The Court finds the magistrate judge's analysis was sound and discerns no error on the face of the record.

The Recommendation is incorporated into this Order by reference.  *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b).

Accordingly, the Court ACCEPTS and ADOPTS the Recommendation (ECF No. 27), GRANTS the Motion to Dismiss (ECF No. 15), and directs the Clerk to CLOSE this case.

DATED this 17th day of November, 2022.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge

2